

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

April 29, 2025

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  Elizabeth Valdez v. Go Broome LLC, et al.
     Civil Action No. 25-CV-960 (KPF) (KHP)

Dear Judge Failla:

      My firm represents defendant GO Broome, LLC in the above-referenced matter. I am writing pursuant to Your Honor's individual rules to request an extension of time to respond to the complaint up to and including May 23, 2025.[1] This is GO Broome's first request for an extension and Plaintiff's counsel consents to this request. The reason for the request is that I was only informed yesterday that my firm will also be representing GO Broome. Thank you for your consideration.

      Respectfully submitted,

      RIVKIN RADLER LLP

      Jonathan B. Bruno

cc: Counsel of Record via ECF

---

[1] This is the same deadline for the City Defendants and my other client, Gotham Real Estate Managers, LLC, to respond to the complaint

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.667.3461

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

Application GRANTED. Defendant GO Broome, LLC shall answer, move, or otherwise respond to the Complaint on or before **May 23, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:    April 30, 2025         SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE