Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court  
North Bellmore, NY 11710  
Long Island Tel. (516) 783-9662  
New York City Tel. (646) 290-8258  
Fax No. (646) 435-4376  
James@CivilRightsNY.com

April 29, 2025

**BY ECF**

Hon. Katherine Polk Failla  
United States Courthouse  
Southern District of New York  
500 Pearl St.  
New York, NY 10007



RE.   Valdez v. Go Broome LLC, et al. 25cv960 (KPF)(KHP)

Dear Judge Failla:

    I represent the plaintiff, Elizabeth Valdez ("Plaintiff"), in the above-referenced action and submit this letter to correct the alternative dates proposed in the letter motion to adjourn the initial conference scheduled for June 10, 2025, (*see* Dkt. #23), filed earlier today.

    In the letter motion to adjourn, I mistakenly proposed June 12, 2025 as an alternative date. However, this was an error. Instead, Parties respectfully propose an adjournment of the conference to either a time after 1 PM on June 10, 2025, or June 13, 2025.

    Thank you.

                                 Respectfully,

                                   /s/ James E. Bahamonde

                                 James E. Bahamonde, Esq.

# Law Offices of
# James E. Bahamonde, P.C.

April 29, 2025
Page  - 2 -

cc:  (via ECF)
Jonathan Bruno, Esq.
*Attorneys for Gotham Real Estate Managers, LLC and Go Broome LLC*
Rivkin Radler LLP


Melanie V. Sadok
Corporation Counsel of New York
100 Church Street, 4th floor
New York, NY 10007

---

Application GRANTED.  The initial pretrial conference scheduled for June 10, 2025, at 10:00 a.m. is hereby ADJOURNED to **June 10, 2025,** at **2:30 p.m.**  The dial-in information remains the same and is as follows: At 2:30 p.m., the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:    April 30, 2025
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE