

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

May 21, 2025

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   Elizabeth Valdez v. Go Broome LLC, et al.
      Civil Action No. 25-CV-960 (KPF) (KHP)

Dear Judge Failla:

      My firm represents defendants GO Broome, LLC and Gotham Real Estate Managers, LLC in the above-referenced matter. I am writing on behalf of <u>all defendants</u> pursuant to Your Honor's individual rules to request an extension of time to respond to the complaint up to and including July 18, 2025. This is GO Broome's second request for an extension and Gotham's third request. This is also the third request defendants, the City of New York and the Department of Housing Preservation and Development of the City of New York. Plaintiff's counsel consents to this request. The reason for the request is that there have been some very recent[1] settlement discussions among counsel who wish to explore a possible resolution before engaging in costly litigation. Defendants also request that the initial case management conference and associated filings to be adjourned accordingly. Thank you for your consideration.

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP

                                            Jonathan B. Bruno

cc: Counsel of Record via ECF

---

[1] Defendants were served with a settlement demand on May 15.

Application GRANTED. The deadline for all Defendants to answer, move, or otherwise respond to the Complaint is hereby ADJOURNED to **July 18, 2025.**

Moreover, the initial pretrial conference currently scheduled for June 10, 2025, is hereby ADJOURNED *sine die*. The Court will reschedule this conference (as needed) once Defendants have answered the Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:     May 22, 2025                    SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE