Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

December 27, 2025

**BY ECF**

Hon. Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



Re.    *Valdez v. Go Broome LLC, et al.* **25cv960 (KPF)(KHP)**

Dear Judge Failla:

I represent the plaintiff, Elizabeth Valdez, in the above-referenced action. With the consent of the Defendants, I submit this letter motion seeking a three-week extension of time to file a Stipulation of Dismissal, or alternatively to reopen the case.

On October 29, 2025, the Court dismissed and discontinued this action without prejudice and set forth a deadline to submit a Stipulation of Settlement and Dismissal for the Court to So Order within 60 days, with leave to reopen the action if settlement is not consummated.

Currently, Parties have reached a settlement in principle and are cooperatively finalizing the terms of the agreement. However, due to Hanukkah, Christmas, and other holiday commitments, we have been unable to confer with all necessary individuals. Accordingly, we respectfully request that the Court extend the deadline to file the Stipulation of Dismissal to January 16, 2025.

Thank you for your consideration.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc: (via ECF)

**Law Offices of**
**James E. Bahamonde, P.C.**

December 27, 2025
Page    - 2 -


Melanie V. Sadok
Assisted Corporation Counsel of New York

Jonathan Bruno
Rivkin Radler LLP


Application GRANTED.  The parties' deadline to file a Stipulation of Dismissal to hereby ADJOURNED to on or before **January 16, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:    December 29, 2025        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE