Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

January 16, 2026

**BY ECF**

Hon. Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



Re.    *Valdez v. Go Broome LLC, et al.* **25cv960 (KPF)(KHP)**

Dear Judge Failla:

I represent the plaintiff, Elizabeth Valdez, in the above-referenced action. On behalf of all Parties, I submit this joint letter motion seeking a three-week extension of time to file a Stipulation of Dismissal, or, if needed, to reopen the case.

On October 29, 2025, the Court dismissed and discontinued this action without prejudice and set forth a deadline to submit a Stipulation of Settlement and Dismissal for the Court to So Order within 60 days, with leave to reopen the action if settlement is not consummated. On December 29, 2025, the Court granted Parties joint application seeking an extension of time to file a Stipulation of Dismissal by January 16, 2026.

Currently, Parties' attorneys, have finalized the terms of a Settlement Agreement, and are in the process of distributing the Agreement to our clients for review and execution. Consequently, we respectfully request that the Court extend the deadline to file a Stipulation of Dismissal to February 6, 2025.

Thank you for your consideration.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

**Law Offices of**
**James E. Bahamonde, P.C.**

January 16, 2026
Page      - 2 -

cc: (via ECF)
Melanie V. Sadok
Assisted Corporation Counsel of New York

Jonathan Bruno
Rivkin Radler LLP

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.  The parties' deadline to file a Stipulation of Dismissal to hereby ADJOURNED to on or before **February 6, 2026.**

Dated:      January 20, 2026          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE