**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH VALDEZ,<br><br>                             Plaintiff,<br><br>- against -<br><br>GO BROOME LLC, GOTHAM REAL ESTATE MANAGERS, LLC, CITY OF NEW YORK, and DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK,<br><br>                             Defendants | 25cv960 (KPF)(KHP)<br><br>**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

**WHEREAS,** Plaintiff commenced this action by filing a Complaint on or about February 20, 2025;

**WHEREAS,** the parties have engaged in good-faith settlement negotiations and have reached a full and final settlement of all claims asserted in this action;

**WHEREAS,** no party to this action is an infant or incompetent person;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, as follows:

1. This action is hereby dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement and Order annexed hereto as **Exhibit 1**.

1

3. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.

| | |
|---|---|
| **LAW OFFICES OF JAMES E. BAHAMONDE, PC** | **MURIEL GOODE-TRUFANT CORPORATION COUNSEL OF THE CITY OF NEW YORK** |
| *Attorney for Plaintiff Elizabeth Valdez* | *Attorney for Defendants City of New York and Department of Housing Preservation and Development of the City of New York* |
| ___*James E. Bahamonde*_____ | |
| James E. Bahamonde<br>2501 Jody Ct.<br>North Bellmore, NY 11710<br>Tel: 646-290-8258<br>Email: james@civilrightsny.com | ___*Michelle Goldberg-Cahn*_____<br>By: Michelle Goldberg-Cahn, Assistant Corp. Counsel<br>Melanie V. Sadok<br>100 Church Street, 4th floor<br>New York, NY 10007<br>Tel: 212-356-4371<br>E-mail:  msadok@law.nyc.gov |
| Dated: February 6, 2026 | Dated: February 6, 2026 |
| | **RIVKIN RADLER LLP** |
| | *Attorney for Defendants Go Broome LLC and Gotham Real Estate Managers LLC* |
| | ___*Jonathan Bruno*_____<br>Jonathan Bruno, Esq.<br>477 Madison Avenue, Suite 410<br>New York, NY 10022<br>Tel: 212-455-9555<br>Email: Jonathan.bruno@rivkin.com |
| | Dated: February 6, 2026 |

It is so ORDERED this _____ day of _____, 2026.

_____

HON. KATHERINE P. FAILLA
UNITED STATES DISTRICT COURT JUDGE