UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH VALDEZ,<br><br>                              Plaintiff,<br><br>- against -<br><br>GO BROOME LLC, GOTHAM REAL ESTATE MANAGERS, LLC, CITY OF NEW YORK, and DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK,<br><br>                              Defendants | 25cv960 (KPF)(KHP)<br><br>STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br> |

**WHEREAS,** Plaintiff commenced this action by filing a Complaint on or about February 20, 2025;

**WHEREAS,** the parties have engaged in good-faith settlement negotiations and have reached a full and final settlement of all claims asserted in this action;

**WHEREAS,** no party to this action is an infant or incompetent person;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, as follows:

1. This action is hereby dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement and Order annexed hereto as **Exhibit 1**.

1

3. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.


**LAW OFFICES OF JAMES E. BAHAMONDE, PC**

*Attorney for Plaintiff Elizabeth Valdez*

___*James E. Bahamonde*_____

James E. Bahamonde
2501 Jody Ct.
North Bellmore, NY 11710
Tel: 646-290-8258
Email: james@civilrightsny.com

Dated: February 6, 2026


**MURIEL GOODE-TRUFANT**
**CORPORATION COUNSEL OF THE CITY OF NEW YORK**

*Attorney for Defendants City of New York and Department of Housing Preservation and Development of the City of New York*

___*Michelle Goldberg-Cahn*_____

By: Michelle Goldberg-Cahn, Assistant Corp. Counsel
Melanie V. Sadok
100 Church Street, 4th floor
New York, NY 10007
Tel: 212-356-4371
E-mail: msadok@law.nyc.gov

Dated: February 6, 2026


**RIVKIN RADLER LLP**

*Attorney for Defendants Go Broome LLC and Gotham Real Estate Managers LLC*

_____*Jonathan Bruno*_____
Jonathan Bruno, Esq.
477 Madison Avenue, Suite 410
New York, NY 10022
Tel: 212-455-9555
Email: Jonathan.bruno@rivkin.com

Dated: February 6, 2026

It is so ORDERED this  9th  day of    February   , 2026.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT JUDGE

New York, New York

The Clerk of Court is directed to terminate the pending motion at docket entry 41.